**93–2521.** Cincinnati Bar Assn. v. Nienaber. Reported at 68 Ohio St.3d 459, 628 N.E.2d 1340. On motion for rehearing. Rehearing denied.

**93–2564.** Pennypacker v. Toledo. *Lucas County,* No. L–93–236. Reported at 69 Ohio St.3d 1402, 629 N.E.2d 1365. On motion for rehearing. Rehearing denied.

DOUGLAS and RESNICK, JJ., not participating.

**93–2606.** Nationwide Mut. Ins. Co. v. Baker. *Hamilton County,* No. C–920468. Reported at 69 Ohio St.3d 1403, 629 N.E.2d 1365. On motion for rehearing. Rehearing granted and motion to certify allowed.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–2627.** Gonzalez v. Cuyahoga Falls. *Summit County,* No. 15891. Reported at 69 Ohio St.3d 1406, 629 N.E.2d 1368. On motion for rehearing. Rehearing denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–13.** Patterson v. Tice. *Tuscarawas County,* No. 93AP020010. Reported at 69 Ohio St.3d 1406, 629 N.E.2d 1368. On motion for rehearing. Rehearing denied.